IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv533

| | |
|---|---|
| GREGORY EUGENE NICHOLSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS MARSHALL, Assistant Unit )<br>  Manager at the Lanesboro Correctional )<br>  Institution;[1] )<br>LAWRENCE PARSONS, Assistant Super- )<br>  intendent at the LCI; )<br>(FNU) MILLS, Sergeant at the LCI; and )<br>(FNU) WILLIAMS, Corrections Officer at )<br>  the LCI, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon Plaintiff's civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1).

Plaintiff's Complaint alleges that Defendants Mills and Williams subjected him to excessive force; and that Defendants Marshall and Parsons failed to take corrective/disciplinary action against Defendants Mills and Williams after receiving Plaintiff's complaints about their unlawful conduct. Upon a careful review of these matters, the Court finds that Defendants should be required to respond to Plaintiff's allegations.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall prepare process for Defendants and deliver it to the U.S. Marshal;

2. The U.S. Marshal shall serve process upon Defendants;

---

[1] The Lanesboro Correctional Institution will be referred to as "LCI," hereafter.

3. Defendants shall file a response to Plaintiff's allegations in accordance with the Federal Rules of Civil Procedure; and

4. The Clerk shall send a copy of this Order to Plaintiff.

Signed: October 27, 2010

Robert J. Conrad, Jr.
Chief United States District Judge