# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Eugene Nicholson ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                    3:10-cv-00533-RJC

Dennis Marshall , et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

                                        Signed: September 20, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court