# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gregory Eugene Nicholson ,

    Plaintiff(s),

vs.

Dennis Marshall , et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10-cv-00533-RJC

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/19/2012 Order.

Signed: September 20, 2012

Frank G. Johns, Clerk
United States District Court